UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HELEN SWARTZ, Individually

        Plaintiff,

-against-

BRIDGETON WEST 13 FEE, LLC, a Delaware
Limited Liability Company

        Defendant.
-------------------------------------------------------------------X

Case No. 24-cv-6312

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Helen Swartz and Defendant Bridgeton West 13 Fee, LLC (collectively, the "Parties") have reached and executed a Settlement Agreement effective November 4, 2024 resolving all of Plaintiff's claims, the Parties hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and without costs to either party as against the other party. This stipulation may be filed without further notice with the Clerk of the Court. Facsimile or electronic copies of signatures shall be deemed original for purposes of this stipulation.

Dated: November 4, 2024

| Law Office of Brandon A. Rotbart, P.A. | JEFFREY D. HAROLDSON, ESQ. |
|---|---|
| By: _[signature]_<br>Brandon A. Rotbart, Esq.<br>Attorneys for plaintiff Helen Swartz<br>11098 Biscayne Blvd., Suite 401-18<br>Miami, Florida 33161<br>Email: rotbart@rotbartlaw.com<br>(305) 350-7400 | By: _[signature]_<br>Jeffrey D. Haroldson, Esq.<br>Attorney for defendant<br>Bridgeton West 13 Fee LLC<br>220 Fifth Avenue, 19th Floor<br>New York, New York 10001<br>Email: jeffreyharoldson@gmail.com<br>(917) 306-9377 |

So ordered.
The Clerk of Court is directed to terminate ECF No. 9 and to close this case.
 Dated: 11/22/2024

8

_[signature]_
J. PAUL OETKEN
United States District Judge